PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
DEC 18 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE **Western** DISTRICT OF TEXAS
_____ DIVISION

**Hazhar A. Sayed, # 133608**
Plaintiff's Name and ID Number

**Colorado Dept. of Corrections**
Place of Confinement

CASE NO. **SA23CA1557 XR**
(Clerk will assign the number)

v.

**Linala I. Aponte, Operation Mgr., Accts Management 2. Internal Revenue Service, Austin, TX. 73301-0025**
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $352.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
  1. Approximate date of filing lawsuit: November 2016
  2. Parties to previous lawsuit:
     Plaintiff(s) Hazhar A. Sayed
     Defendant(s) Page Virginia, et al.,
  3. Court: (If federal, name the district; if state, name the county.) U.S. District Court, District of Colorado
  4. Cause number: 16-CV-02712-WJM-NRN
  5. Name of judge to whom case was assigned: William J. Martinez
  6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
  7. Approximate date of disposition: 2020

Page 2(a)

I. Previous lawsuits (continued):

2) Name of previous Case: Sayed v. Broman, U.S. District court of Colorado.
   Case No. 13-cv-02961-CMA-MJW
   Status of case: Dismissed
   Appeal: Sayed v. Broman, 638 Fed. Appx. 698 (10th cir. 2014)
   Status of case: Dismissal affirmed.

3) Name of previous Case: Sayed v. Profitt, U.S. District Court of Colorado
   Case No. 09-cv-0869-MSK-KMT
   Status of Case: Dismissed
   Appeal: Sayed v. Profitt, 415 Fed. Appx. 941 (10th cir. 2010).
   Status of case: Dismissal affirmed.

Name of previous Case: Sayed v. Courtney, U.S. District Court of Colorado
Case No. 12-cv-01134-RM-KMT.
Status of Case: Trial - no appeal.

II. PLACE OF PRESENT CONFINEMENT: Limon Correctional Facility at the Colorado Dept. of Corrections!

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES ___NO Not Applicable

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Hazhar A. Sayeal, #133608; Limon Correctional Facility; 49030 State Hwy. 71; Limon, Co. 80826

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Linda I. Aponte, Operations Mgr., Accts Management 2; Internal Revenue Service, Austin, TX. 73301-0025.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1) On March 2, 2022, Ms. Linda I. Aponte unlawfully intercepted $1,800.00 in stimulus payments owed to Mr. Sayed by the United States government. Thus, violating Mr. Sayed's Fourteenth Amendment due process protections.

2) On October 9, 2020, Mr. Sayed filed a 2019, 1040 tax return documents with the (I.R.S), in order to secure the (E.I.P.1, E.I.P.2, and E.I.P.3) stimulus funds he and most other American citizen were entitled to receive.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Mr. Sayed seek an injunction ordering the defendant to disburse his stimulus checks, nominal damages of $1.00, and punitive damages.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): ___N/A___
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____

Statement of claims (claim one - continued):

3) On January 28, 2021, Mr. Sayed filed a 2020, 1040 tax return document again requesting disbursement of all three stimulus check funds (E.I.P. 1, E.I.P. 2, and E.I.P. 3) totalling $3,200.00 dollars.

4) On May 4, 2021, Mr. Sayed received the (E.I.P.3) stimulus check in the amount of $1,400.00. Mr. Sayed did not receive the (E.I.P. 1, and E.I.P. 2) stimulus funds (totaling $1,800.00), however, for the reasons unknown to Mr. Sayed.

5) Mr. Sayed then wrote the (I.R.S), and asking to be provided the remaining (E.I.P. 1, and E.I.P. 2) sums ($600.00 plus $1,200.00 = $1,800.00 total).

6) On March 2, 2022, in response the named Defendant Ms. Linda I. Aponte provided Mr. Sayed with a letter (not provided when Mr. Sayed receive the $1,400.00 (E.I.P.3 amount), in which the (I.R.S) claimed a person unknown to Mr. Sayed (Mr. Timothy Stead, *7699 Last four tax I.D. numbers) had purportedly committed identity

Page 4 (b)

Statement of claims (claim One - Continued):

theft (using Mr. Sayed's name and tax I.D. number) justifying its withholding of Mr. Sayed's (E.I.P. 1, and E.I.P. 2) funds. See attached letter.

7) The identity theft Mr. Stead committed was filed in a 1040, tax return document in 2011, according to the named Defendant, Ms. Linda I. Aponte.

8) Mr. Timothy Stead, DOC #107116, is presently serving a prison sentence in the Colorado Dept. of Corrections. Mr. Sayed has never met Mr. Stead and has no personal or business relationship with him.

9) Although, Mr. Sayed receive the (E.I.P. 3) stimulus funds he was entitled to on May 4, 2021, for the clearly fraudulent reason stated above, Mr. Sayed has been unjustly foreclosed from receiving the remaining amounts of stimulus funds (i.e., $1,800.00 — E.I.P. 1 and E.I.P. 2).

Statement of claims (claim one-continued):

10) Mr. Sayed deprivation of (E.I.P. 1, and E.I.P. 2) stimulus funds that he and every other United States citizen is qualified to receive, under the absurd circumstances cited by the named Defendant, i.e., Linda I. Aponte for having done so, is violates of Mr. Sayed's Constitutional rights to due process under the fourteenth Amendment of the U.S. Constitution.

11) By the standard Mr. Sayed is being subjected to, any convicted criminal coming into possession of an innocent U.S. citizen's tax I.D. number by way as some yet undisclosed nefarious agency, can usurp said innocent citizen's entitlement to be treated equally to his fellow citizens. Here, Mr. Sayed's due process of the Fourteenth Amendment of the U.S. Constitution being violated. ~~Because.~~

12) Request for Relief:

Injunctive Relief: Mr. Sayed seek an injunction ordering the defendant to disburse his stimulus checks in the amount of $1,800.00 dollars.

Page 4 (d)

Statement of claims (claim One-Continued):

Mr. Sayed further seeks nominal damages in the amount of $1,00;

Punitive damages; in an amount to be assessed by Jury; and an award of all costs.

Finally, Mr. Sayed due to his pro-se status, seeks any and all available relief whether stated or not.

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __N/A__
2. Case number:_____
3. Approximate date warning was issued:_____

Executed on: 12/13/23
DATE

*Hazhar A. Sayeal, #133608*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __13th__ day of __December__, 20__23__.
(Day)            (month)        (year)

*Hazhar A. Sayeal, #133608*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN   TX   73301-0025

In reply refer to: 0632891268
Mar. 02, 2022   LTR 129C   1
***-**-0588   202012 30
                00010164
BODC: WI

HAZHAR A SAYED
1227 SPRING CREEK CT.
LONGMONT CO 80504

Taxpayer identification number:   ***-**-0588
                          Form:   1040

Dear Taxpayer:

We are responding to your inquiry dated Nov. 15, 2021.

Your stimulus check of $ 1,800 was offset to the tax you owed with Timothy Stead (last four SSN *7699) when you filed jointly as married filing jointly in 2011 tax return.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter by calling 800-TAX-FORM (800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____  Hours_____

Keep a copy of this letter for your records.

Thank you for your cooperation.

Sincerely yours,

Linda I. Aponte
Operations Mgr., Accts Management 2

Enclosures:
Copy of this letter
Envelope