UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HAZHAR A. SAYED, #133608, § § Plaintiff, § § v. § § OPERATION MANAGER LINDA I. APONTE, Internal Revenue Service, § § § Defendants. § | SA-23-CV-01557-XR |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, denying Plaintiff Hazhar A. Sayed's Application to Proceed *In Form Pauperis* and dismissing his 42 U.S.C. § 1983 Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Hazhar A. Sayed's Application to Proceed *In Forma Pauperis* is **DENIED** and his 42 U.S.C. § 1983 Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of § 1915(g). Plaintiff Hazhar A. Sayed is advised that his Complaint may be reinstated only if the full filing fee is paid simultaneously with the filing of a motion to reinstate within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 2nd day of January, 2024.

                                                                                              XAVIER RODRIGUEZ  
                                                                                              UNITED STATES DISTRICT JUDGE